JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BWP MEDIA USA INC., | ) | Case No.: CV 13-8445  DSF (AJWx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COLLIDER HOLDINGS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, plaintiff having responded by stating its intent to file an amended complaint, the Court having ordered that the amended complaint be filed no later than April 9, 2014, and plaintiff having failed to file an amended complaint by that deadline,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: _____4/17/14_____

_____
Dale S. Fischer
United States District Judge